O

# United States District Court
# Central District of California

| | |
|---|---|
| ADAM HAHKA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ROADTEX TRANSPORTATION CORP.; ROADTEX LTL INC.; ATL GROUP LLC; PAYROLL PLUS CORP.; and DOES 1–15, inclusive,<br><br>                  Defendants. | Case № 2:15-cv-07539-ODW (RAO)<br><br>**ORDER SETTING NEW DATE FOR SCHEDULING CONFERENCE** |

The Court previously granted a stay in this case until December 18, 2016. (ECF No. 35.) Accordingly, the Court **VACATES** the scheduling conference set for October 31, 2016. (ECF No. 36.) The scheduling conference shall now take place on December 19, 2016 at 1:30 PM.

**IT IS SO ORDERED.**

October 3, 2016

                                                     _____
                                                     **OTIS D. WRIGHT, II
                                                 UNITED STATES DISTRICT JUDGE**